THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE FRENCH, Relator, against J. VERNEL JACKSON, as Warden of Clinton Prison, Defendant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

ARTHUR KUPERBERG, Respondent, v. LEROY A. BURGER, Appellant.—
Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

JOHN R. MARSHALL, Plaintiff, v. CITY OF NORWICH, Defendant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of MARIAN MATTHEWS, as Guardian of the Person and Estate of PAMELA POIRIER, an Infant, and as Committee for ELIZABETH A. POIRIER, an Incompetent, Respondent, against GENERAL ELECTRIC COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *post*, p. 1120.]

In the Matter of the Construction of the Will of DANA A. BARNES, Deceased. DANA A. BARNES, JR., Respondent-Appellant; JOHN E. BARNES, JR., et al., Appellants-Respondents, and MERCHANTS NATIONAL BANK AND TRUST COMPANY et al., as Executors of METTA B. E. BARNES, Deceased, Respondents.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 346.]